## United States Bankruptcy Court
### District of Nevada

In re   **PATRICIA JOY MCDONALD**                                                    Case No.   **16-14693-ABL**
Debtor(s)                                                  Chapter    **7**

### Notice of Change of Address

Debtor's Social Security Number:              xxx-xx-3413

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **PATRICIA JOY MCDONALD** |
| Street: | **3870 E. Flamingo Road A2 #210** |
| City, State and Zip: | **Las Vegas, NV 89121** |
| Telephone #: | **702-205-2162** |

**Please be advised that effective 10/7/2016
my (our) new mailing address and telephone number is:**

| | |
|---|---|
| Name: | **PATRICIA JOY MCDONALD** |
| Street: | **221 S. Bruce Street,  # 146** |
| City, State and Zip: | **Las Vegas, Nevada 89101** |
| Telephone #: | |

/s/ PATRICIA JOY MCDONALD
**PATRICIA JOY MCDONALD**
Debtor